UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHARONIA BARTON,

                        Plaintiff,

      *-vs-*                                      **Civ. No. 6:14-cv-06658-FPG-JWF**

UNITY HEALTH SYSTEM,

                        Defendant.
_____

       **PLEASE TAKE NOTICE** that the Plaintiff, Sharonia Barton, hereby appeal to the United States Court of Appeals for the Second Circuit from an order granting the Defendant's Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 and dismissing the Plaintiff's Amended Complaint in its entirety entered in this action on the 19th of March, 2018.

Dated:  April 17, 2018
        Rochester, New York

                                   **THE WOODWORTH LAW FIRM**

                                   /s/ Ryan C. Woodworth
                                   _____

                                   Ryan C. Woodworth, Esq.
                                   The Powers Building
                                   16 West Main Street
                                   Suite 726
                                   Rochester, New York 14614
                                   585.310.2563
                                   ryan@woodworthlawfirm.com

                                   *Attorney for Plaintiff,*
                                   *Sharonia Barton*

[1]